UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Case No:19-03739
Chapter 7
Hon: BOYD

Jacob & Julia Hollemans
                   Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
chrisf@leducfrank.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

Vincent Carlson
2320 Lake Avenue
North Muskegon, MI 49445
231-736-4257
_____/

### ORDER FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER having come before this Court upon the motion of Credit Union One and is appearing to this Court that the Creditor holds a perfected security interest in a 2017 Chevrolet Traverse VIN 1GNKVGKD8HJ277334 and that sufficient cause exists for the termination of the automatic stay;

IT IS HEREBY ORDERED that the Automatic Stay is terminated as to 2017 Chevrolet Traverse .

**IT IS SO ORDERED.**

Dated November 19, 2019



James W. Boyd
United States Bankruptcy Judge